HERBERT L. BRICKMAN *v.* PLANNING AND ZONING
COMMISSION OF TRUMBULL

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Burton S. Yaffie,* in support of the petition.

*William J. Lavery,* in opposition.

Submitted September 10—decided October 2, 1974

ALDEN H. VOSE, JR. *v.* PLANNING AND ZONING
COMMISSION OF WESTPORT ET AL.

The petition for certification for appeal by the defendants Frances F. Dunning et al. from the Court of Common Pleas in Fairfield County is granted.

*William D. Allen* and *Melvin J. Silverman,* in support of the petition.

*Robert L. Julianelle,* in opposition.

Submitted September 10—decided October 2, 1974

GUILLERMO AILLON *v.* STATE OF CONNECTICUT

The plaintiff's motion for an expedited appeal from the Superior Court in New Haven County is granted to the extent that this court will hear the appeal on copies of the record, briefs and appendices, typed or photographically reproduced, subject to the subsequent filing of such documents as provided in § 723 of the Practice Book, as amended.

*Howard A. Jacobs,* in support of the motion.